```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 04812
  THOMAS W JONES
  LAURA J JONES                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-6531    SSN XXX-XX-6945
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/14/05 and confirmed on 05/11/05.

   2.  The case was dismissed after confirmation, 10/31/2008.

   3.  The Debtor paid a total of $  22910.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 29878.55 | .00 | 19360.91 |
| GREAT AMERICAN FINANCE | SECURED | 1826.00 | .00 | 1382.00 |
| MONTEREY FINANCIAL SVCS | SECURED | 1513.00 | .00 | 1145.13 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 717.20 | .00 | .00 |
| DEPARTMENT OF HUD | SECURED | .00 | .00 | .00 |

       Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 33217.55 | .00 | 717.20 | .00 | 33934.75 |
| PRINCIPAL PAID | 21888.04 | .00 | .00 | .00 | 21888.04 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 21888.04 | .00 | .00 | .00 | 21888.04 |

The Debtor's attorney, LINDA SPAK & ASSOC          , was allowed $       .00
and was paid $       .00 .

The Trustee received $   1021.96 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/13/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 04812 THOMAS W JONES & LAURA J JONES